UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

JOSE ARZUAGA : CIVIL NO. 3:03CV558 (CFD) (MRK)

v. :

CAPTAIN MAURICE BUTLER, ET AL. : OCTOBER 31, 2003

## ANSWER AND AFFIRMATIVE DEFENSES

1. Paragraphs 1 and 2 are denied.

2. Paragraphs 3, 4 and 5 are admitted.

3. Paragraph 6 is denied.

4. Paragraph 7 is admitted.

5. Paragraph 8 is admitted insofar as it alleges defendant Armstrong was the Commissioner of the Department of Correction and denied as to the present time.

6. Paragraph 9 is admitted insofar as it alleges Peter Matos was a Deputy Commissioner of the Department of Correction and denied as to the present time.

7. Paragraph 10 is admitted.

8. To the extent paragraph 11 alleges that the defendants were legally obligated to respect the plaintiff's constitutional rights, such allegation is admitted. The remainder of said paragraph is denied.

9. Paragraph 12 is denied.

10. So much of paragraph 13 which alleges the plaintiff covered the window of his cell with toilet paper is admitted. The remainder of said paragraph is denied.

11. So much of paragraph 14 which alleges that CERT is a unit specially trained, is admitted. The remainder of said paragraph is denied.

12. So much of paragraph 15 which alleges Department of Correction employees responded to plaintiff's cell and ordered the removal of the toilet paper is admitted. The remainder of said paragraph is denied.

13. So much of paragraph 16 which alleges Lt. Oglesby sprayed Capstun is admitted. The defendants have insufficient knowledge of the remaining allegations of said paragraph and, therefore leave the plaintiff to his burden of proof.

14. Paragraphs 17, 18 and 19 are denied.

15. To the extent paragraph 20 alleges that inmates at times complain of unnecessary force, such allegation is admitted. The remainder of said paragraph is denied.

16. Paragraphs 21 through 25 are denied.

### FIRST AFFIRMATIVE DEFENSE

The plaintiff has not fully exhausted his administrative remedies in regard to all claims in this complaint.

### SECOND AFFIRMATIVE DEFENSE

At all times mentioned in this lawsuit, the defendants acted within the scope of their duties as officers/employees of the State of Connecticut and acted with a good faith belief that their actions were lawful and, therefore, they are entitled to qualified immunity from monetary damages.