10/07/03

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Telephone Status Conference Calendar

Honorable Mark R. Kravitz, U.S.D.J.
141 Church Street
New Haven
Chambers Room 306

Wednesday November 5, 2003

9:15 a.m.

CASE NO.   3-03-cv-558 Arzuaga v Butler
------------------------------------------------------------

COUNSEL OF RECORD:

Michael J. Lanoue          Attorney General's Office, MacKenzie Hall,
                           110 Sherman St., Hartford, CT 860-808-5450

Norman A. Pattis           Williams & Pattis, 51 Elm St. Ste. 409, New
                           Haven, CT 203-562-9931

                                          BY ORDER OF THE COURT
                                          KEVIN F. ROWE, CLERK


**STATUS CONFERENCE HELD**

DATE: 11/5/03

8 min.