UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JOSE ARZUAGA | : | |
| VS. | : | NO. 3:03CV00558(MRK) |
| CAPTAIN MAURICE BUTLER, ET AL. | : | DECEMBER 22, 2004 |

PLAINTIFF'S RULE 16 STATEMENT

The plaintiff in this case is responding to the ECF notice posted December 16, 2004 in which the parties were notified that as no action had taken place on this case within six months, it is subject to dismissal under Rule 41(a) of the Local Rules of this court. The plaintiff tenders the following statement in support of his request that the case not be dismissed: the plaintiff is ready, willing and able to try this case at any time.

THE PLAINTIFF

BY_____
Norman A. Pattis
Williams and Pattis, LLC
51 Elm Street, Suite 409
New Haven, CT 06510
203.562.9931
FAX: 203.776.9494
Federal Bar No. ct13120
His Attorney

## CERTIFICATION

This is to certify that a copy of the foregoing was mailed, first class mail, postage prepaid, on December 22, 2004, to the following counsel of record:

Michael Lanoue, Esq.
Assistant Attorney General
110 Sherman Street
Hartford, CT 06105-2204

_____ Norman A. Pattis