UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

--------------------------------------------------------------X

JOSE ARZUAGA,                                              :

      Plaintiff,                                          :

            v.                                             :     No. 3:03cv0558 (WIG)

CAPTAIN MAURICE BUTLER, et al.,              :

     Defendants.                                        :

--------------------------------------------------------------X

## TRIAL SCHEDULING ORDER

The Court hereby issues the following scheduling order:

1.     The parties shall submit a Joint Trial Memorandum on or before June 9, 2005.

2.     Jury selection will be held before the Honorable William I. Garfinkel, U.S. Magistrate Judge, at the U.S. Courthouse, 915 Lafayette Blvd., Bridgeport, Connecticut on Thursday, June 16, 2005, at 9:30 a.m.  The jury selection courtroom is yet to be decided, thus counsel are directed to report to Chambers in Room 429 unless they are otherwise informed.  A final pre-trial conference will be held at the conclusion of jury selection.

3.     All motions in limine shall be filed on or before June 9, 2005.

4.     A one-day jury trial will begin before the Honorable William I. Garfinkel, U.S. Magistrate Judge, at the U.S. Courthouse, 915 Lafayette Blvd., Room 435, in Bridgeport, Connecticut commencing on Friday, June 17, 2005, beginning at 9:30 a.m.

5.     The deadlines established herein may not be modified by agreement of counsel. These deadlines may be modified only by an order of the Court following a request for an enlargement of time made by written motion showing good cause, which motion shall be filed no

1

later than five (5) business days before the date from which counsel seeks an extension.

So ordered this 18th day of March, 2005, at Bridgeport, Connecticut.


_____/s/ William I. Garfinkel___
William I. Garfinkel
U.S. Magistrate Judge