UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

Warden Wayne Choinski
Northern Correctional Institution
P.O. Box 665, somers, CT, 06071

    YOU ARE HEREBY COMMANDED to have the body of <u>Jose Arzuaga,   #</u> <u>259136</u>, now detained under your custody, produced before Honorable William I. Garfinkel, United States Magistrate Judge for the District of Connecticut, at 915 Lafayette Boulevard, Bridgeport, on Wednesday, June 15, 2005, at 8:30am, or from time to time thereafter as the case may be adjourned, and immediately thereafter the said Jose Arzuaga,   # 259136 will be returned under safe and secure conduct.

    WITNESS the Honorable William I. Garfinkel, United States Magistrate Judge at Bridgeport, Connecticut, this 2nd of May 2005.

                                              KEVIN F. ROWE, Clerk

                                              By  _____
                                                     Carol Sanders
                                                     Deputy Clerk

DC 10 - Habeas Corpus