**UNITED STATES DISTRICT COURT**
DISTRICT OF CONNECTICUT
OFFICE OF THE CLERK
UNITED STATES COURTHOUSE
915 LAFAYETTE BOULEVARD
BRIDGEPORT, CT 06604

**KEVIN F. ROWE**
CLERK

TEL. NO. 579-5861
(AREA CODE 203)

**VICTORIA C. MINOR**
CHIEF DEPUTY CLERK

**CHRYSTINE CODY**
DEPUTY-IN-CHARGE
BRIDGEPORT

www.ctd.uscourts.gov
May 26, 2005

Warden Wayne Choinski                                3:03cv558(WIG)
Northern Correctional Institution                    Arzuaga v Butler, etal
P.O. Box 665, Somers, CT 06071

To: Records Dept:

    This letter is in regards to Jose Arzuaga, #259136, now detained under your custody. The United States District Court issued a Writ on May 2, 2005 to have Jose Arzuaga presented before the Court on June 15, 2005 for jury selection and trial. The jury selection and trial has been cancelled. A new date to be determined by Court and Counsel.

                                  KEVIN F. ROWE, Clerk

                                  By
                                      Carol Sanders
                                      Deputy Clerk