UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| JOSE ARZUAGA, : | |
|    Plaintiff, : | |
| : | 3:03CV00558 (WIG) |
| v. : | |
| : | |
| CAPTAIN MAURICE BUTLER, : | |
| BRIAN COUTURE, : | |
| ERIC PENSVALLE, : | |
| JASON MELBOURNE, : | |
| P.CASTONGUAR, : | |
| DENNIS OGLESBY, : | |
| C.O. CICCHETI, : | JUNE 6, 2005 |

## MOTION FOR PERMISSION TO FILE AMENDED COMPLAINT

The plaintiff herewith requests permission to file an amended complaint pursuant to Federal Rules of Civil Procedure Rule 15. In support hereof, the undersigned represents as follows:

1. The amended complaint is filed with the consent of counsel for the defendants as a means of eliminating certain defendants and narrowing the plaintiff's proof.

2. No legal issues arise as a result of this motion, and the plaintiff has not submitted an accompanying memorandum of law.

           THE PLAINTIFF

           BY:_____
               NORMAN PATTIS
               Federal Bar No. ct13120
               51 Elm Street
               New Haven, CT 06510
               203/562-9931
               FAX: 203/776-9494

## **CERTIFICATION**

The foregoing was mailed this 6th day of June 2005 to Michael Lanoue, 110 Sherman Street, Hartford, CT 06510.

_____
NORMAN A. PATTIS