UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

-----------------------------------------------------------X
JOSE ARZUAGA,                                  :

    Plaintiff,                                :

        v.                                    :   No. 3:03cv0558 (WIG)

CAPTAIN MAURICE BUTLER, et al.,                :

    Defendants.                                :
-----------------------------------------------------------X

## TRIAL SCHEDULING ORDER

The Court hereby issues the following scheduling order:

1. In accordance with the previously issued Joint Trial Memorandum Order, the parties shall submit a Joint Trial Memorandum on or before November 7, 2005.

2. Jury selection will be held before the Honorable William I. Garfinkel, U.S. Magistrate Judge, at the U.S. Courthouse, 915 Lafayette Blvd., Bridgeport, Connecticut on Tuesday, November 15, 2005, at 9:30 a.m. The jury selection courtroom is yet to be decided, thus counsel are directed to report to Chambers in Room 429 unless they are otherwise informed. A final pre-trial conference will be held at the conclusion of jury selection.

3. All motions in limine shall be filed on or before November 7, 2005.

4. A jury trial will begin before the Honorable William I. Garfinkel, U.S. Magistrate Judge, at the U.S. Courthouse, 915 Lafayette Blvd., Room 435, in Bridgeport, Connecticut commencing on Wednesday, November 16, 2005, beginning at 9:30 a.m. Two days have been reserved for this trial.

5. The deadlines established herein may not be modified by agreement of counsel.

These deadlines may be modified only by an order of the Court following a request for an enlargement of time made by written motion showing good cause.

So ordered this 6th day of July, 2005, at Bridgeport, Connecticut.

                                                /s/ William I. Garfinkel
                                                William I. Garfinkel
                                                U.S. Magistrate Judge