**UNITED STATES DISTRICT COURT**

**DISTRICT OF CONNECTICUT**

Warden Warden Wayne Choinski
Northern Correctional Institution
P.O. Box 665, Somers, CT 06071


YOU ARE HEREBY COMMANDED to have the body of <u>Jose Arzuaga # 259136</u>, now detained under your custody, produced before Honorable William I. Garfinkel, United States Magistrate Judge for the District of Connecticut, at 915 Lafayette Boulevard, Bridgeport, on Tuesday, November 15,16, 17, & 18,  2005, at 8:30am, or from time to time thereafter as the case may be adjourned, and immediately thereafter the said Jose Arzuaga # 259136 will be returned under safe and secure conduct.

WITNESS the Honorable William I. Garfinkel, United States Magistrate Judge at Bridgeport, Connecticut, this 2nd of November 2005.


                                                          KEVIN F. ROWE, Clerk

                                                          By   /s/
                                                               Carol Sanders
                                                               Deputy Clerk

DC 10 - Habeas Corpus