```
            UNITED STATES DISTRICT COURT
               DISTRICT OF CONNECTICUT

          Call of the Calendar & Jury Selection

     Honorable William I. Garfinkel, U.S. Magistrate Judge
                  915 Lafayette Boulevard
                        Bridgeport
              Courtroom #3 Annex, 2nd Floor

                    November 15, 2005

                        9:30am

                    NOTICE TO COUNSEL
```

Proposed Voir Dire questions shall be submitted in compliance with the Pretrial Order.

Problems with the selection of juries or in the assignment of trial dates shall be discussed prior to the calendar date among all counsel. No continuances shall be granted except upon a timely request submitted in writing, after such consultation and upon good cause shown.

Any request by counsel for a continuance to the next jury selection date must include a representation that his/her client joins in the request.

Because settlement of cases assigned for jury selection or trial affects counsel and parties in other scheduled cases, timely notice must be given of settlements.

Attention of counsel in civil cases is called to the District Court Standing Order Regarding Trial Memoranda in Civil Cases and to this Court's Pre-trial Order.

                                    William I. Garfinkel
                                    United States Magistrate Judge


CASE NO. **3:03cv558(WIG)    Arzuaga v Butler, etal**