UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JOSE ARZUAGA | : | NO. 3:03CV00558(WIG) |
| | : | |
| VS. | : | |
| | : | |
| CAPTAIN MAURICE BUTLER, ET AL. | : | NOVEMBER 2, 2005 |

## APPEARANCE

TO THE CLERK OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF CONNECTICUT:

Please enter my Appearance on behalf of all defendants in addition to any appearances already on file in the above-entitled matter.

Dated at Hartford, Connecticut, this 2nd day of November, 2005.

        DEFENDANTS,
        Captain Maurice Butler, et al.

        RICHARD BLUMENTHAL
        ATTORNEY GENERAL


BY:_____/s/_____
    Lynn D. Wittenbrink
    Assistant Attorney General
    Federal Bar No. ct08575
    110 Sherman Street
    Hartford, CT  06105
    Telephone No.:  (860) 808-5450
    Fax No.:  (860) 808-5591
    lynn.wittenbrink@po.state.ct.us

## **CERTIFICATION**

      I hereby certify that a copy of the foregoing was sent by first-class mail, postage prepaid, this 2nd day of November, 2005:

Norman A. Pattis, Esq.
649 Amity Road
PO Box 280
Bethany, CT 06524

    ___/s/_____
    Lynn D. Wittenbrink
    Assistant Attorney General