UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| **ARZUAGA** | : | **APPEARANCE** |
| | : | |
| vs. | : | |
| | : | Case Number: 3:03CV558(MRK) |
| **BUTLER , ET, AL.** | : | |

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for: JOSE ARZUAGA

| | |
|---|---|
| November 08, 2005 | /s/ KIM COLEMAN WAISONOVITZ /s/ |
| Date | Signature |
| | |
| ct25759 | Kim Coleman Waisonovitz |
| Federal Bar Number | Print Clearly or Type Name |
| | |
| 203-393-9745 | 649 Amity Road, P.O. Box 280 |
| Fax Number | Address |
| | |
| kwaisonovitz@sbcglobal.net | Bethany, CT 06524-0280 |
| E-mail address | |

## **CERTIFICATION**

This is to certify that on 11/08/05, a copy of the foregoing was filed electronically. Notice of this filing will be sent, via e-mail, to all parties by operation of the Court's electronic filing system, and the undersigned did cause to be sent, via First Class U.S. mail, postage prepaid, a copy of the foregoing to all counsel and pro se parties that do not have access to the Court's electronic filing system and to whom the court directs the undersigned to send a hard copy via mail. Parties may access this filing through the Court's system.

By: /s/ Kim Coleman Waisonovitz            KIM COLEMAN WAISONOVITZ
Law Offices of Norman A. Pattis, LLC