UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JOSE ARZUAGA | : | CIVIL NO. 3:03CV558 (CFD) (MRK) |
| v. | : | |
| CAPTAIN MAURICE BUTLER, ET AL. | : | NOVEMBER 7, 2005 |

**ANSWER AND AFFIRMATIVE DEFENSES
TO PLAINTIFF'S AMENDED COMPLAINT**

The defendants respectfully answer plaintiff's Amended Complaint, as follows:

1.  So much of paragraph 1 which alleges the plaintiff has brought a civil rights action alleging excessive force was used against him is admitted. Insofar as said paragraph alleges the defendants used excessive force, and in all other respects, said paragraph is denied.

2.  Paragraphs 2 and 3 are admitted.

3.  So much of paragraph 4 which alleges "and he remains" is denied. Otherwise, said paragraph is admitted.

4.  Paragraphs 5, 6 and 8 are admitted. There is no paragraph 7 in plaintiff's Amended Complaint.

5.  So much of paragraph 9 which alleges the defendants had a duty to refrain from violating any inmate's constitutional rights is admitted. The remaining allegations of paragraph 9 are denied.

6.  So much of paragraph 10 which alleges the plaintiff sought to discuss his concerns with Captain Butler is admitted. The remainder of said paragraph is denied.

7.  So much of paragraph 11 which alleges the plaintiff covered the window of his cell with toilet paper is admitted. The remainder of said paragraph is denied.

8.      Paragraph 12 is denied except insofar as it can be read to allege the defendants were part of a cell extraction team, which is admitted.

9.      So much of paragraph 13 which alleges that various Department of Correction officers ordered the plaintiff to remove the toilet paper is admitted. The remainder of said paragraph is denied.

10.     So much of paragraph 14 which alleges Cap Stun was sprayed inside the cell is admitted. This paragraph is otherwise denied.

11.     Paragraphs 15, 16, 17, 18, 20, 20, 21 and 25 are denied. There are no paragraphs 22, 23 and 24.

## FIRST AFFIRMATIVE DEFENSE

At all times mentioned in this lawsuit, the defendants acted within the scope of their duties as officers/employees of the State of Connecticut and acted with a good faith belief that their actions were lawful and, therefore, they are entitled to qualified immunity from monetary damages.

## SECOND AFFIRMATIVE DEFENSE

The plaintiff has not fully exhausted his administrative remedies in regard to all claims in this complaint.

DEFENDANTS
Captain Maurice Butler, et al.

RICHARD BLUMENTHAL
ATTORNEY GENERAL


BY:_____/s/_____
   Michael J. Lanoue
   Assistant Attorney General
   110 Sherman Street
   Hartford, CT  06105
   Federal Bar #ct05195
   E-Mail:  michael.lanoue@po.state.ct.us
   Tel: (860) 808-5450
   Fax: (860) 808-5591


## **CERTIFICATION**

I hereby certify that a copy of the foregoing was mailed to the following on this 7th day of November 2005:

Norman A. Pattis, Esq.
649 Amity Road
P.O. Box 280
Bethany, CT 06524


_____/s/_____
Michael J. Lanoue
Assistant Attorney General