UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JOSE ARZUAGA | : | CIVIL NO. 3:03CV558 (WIG) |
| v. | : | |
| MAURICE BUTLER, ET AL. | : | NOVEMBER 9, 2005 |

## JOINT TRIAL MEMORANDUM

**Trial Counsel:**

    For the plaintiff:

    Norman A. Pattis, Esq.
    Attorney Kimberly Waisonovitz
    649 Amity Rd., P.O. Box 280
    Bethany, CT 06524
    Tel: (203) 393-3017

    For the defendants:

    Michael J. Lanoue
    Lynn D. Wittenbrink
    Assistant Attorneys General
    110 Sherman Street
    Hartford, CT 06105
    Tel: (860) 808-5450

**Jurisdiction:**

    28 U.S.C. §§ 1331, 1343(3), 1367(a)
    42 U.S.C. §§ 1983, 1988

**Jury / Non-Jury:**

    This is a jury case.

**Further Proceedings:**

    This case has not yet been scheduled for a Pretrial or Settlement Conference.

**Nature of the Case:**

This is a civil rights action by a prisoner seeking money damages and attorneys' fees under 42 U.S.C. §§ 1983 and 1988. Plaintiff alleges that he was subjected to excessive force by Department of Correction staff while incarcerated at Northern Correctional Institution, in violation of his Eighth Amendment rights. He also claims state law causes of action for assault and battery. Defendants deny all factual allegations of wrongdoing and assert that the plaintiff has failed to exhaust his administrative remedies as to all defendants, and that they are entitled to immunity under Federal and state law.

**Trial by Magistrate Judge:**

Defendants agree to a trial by Magistrate Judge with appeal to the Court of Appeals.

**Jury Instructions:**

See Attachment B, Defendants' Proposed Jury Instructions.

See Attachment C, Plaintiff's Proposed Jury Instructions and Objections.

Defendants oppose Plaintiff's Jury Instructions and will present argument at a time determined by the Court.

**Proposed Voir Dire Questions:**

By plaintiff:    (see Attachment A)

By defendants:

1. Do you, or does any member of your family, know the plaintiff, defendants, attorneys or any of the named witnesses in this case?

2. This case involves a claim by a prison inmate alleging excessive force. The defendants are Connecticut prison officials. Have you or has any member of your family had any

experience with any prison, prisoner or prison official which would prevent you from considering the evidence impartially and fairly?

3.  The Court will instruct you on the law which you are about to apply to the facts as you find them. One of these instructions will be that the burden of proof on all material facts rests on the plaintiff. Does anyone believe that they will have trouble accepting that instruction?

4.  Does anyone believe that monetary damages must be awarded to the plaintiff just because he has filed a lawsuit?

5.  A portion of the testimony in this case will come from medical personnel and correctional officers. Have you or has any member of your family had a personal experience which would make it difficult for you to believe their testimony?

6.  (a). Is any member of your family an attorney?

    (b). Do you or does any member of your family work for an attorney?

7.  The Court will instruct you that each defendant must be judged on the basis of his own conduct. The actions of one defendant cannot be imparted to another. Does anyone believe that they will have difficulty accepting that instruction?

8.  Have you or has any member of your family ever been assaulted by or been in a dispute with a state official or law enforcement officer?

9.  Have you ever been a party in a lawsuit or has any member of your family ever been a party in a lawsuit?

10. Have you ever served on a jury before? What was your experience?

A. **Defendants' Witnesses:**

1. The defendants will all testify as to their appropriate conduct involving the allegations of this case.

2. A grievance coordinator will testify as to the grievances filed or not filed by the plaintiff regarding the incident involved in this case and the medical care provided to the plaintiff. The grievance coordinator will also testify as to Department of Correction grievance procedures.

3. Major Michael Lajoie (now Warden), or his designee, will testify as to security policies, procedures and issues at Northern Correctional Institution.

4. Commissioner Theresa Lantz, or her designee, will testify as to security policies, procedures and issues at Northern Correctional Institution.

5. Deputy Commissioner Brian Murphy, or his designee, will testify as to the security policies, procedures and issues at Northern Correctional Institution.

6. Captain Kimberly Weir will testify as to her knowledge of the April 8, 2002, incident.

7. Officer Aaron Brown will testify as to his knowledge of the April 8, 2002, incident.

8. Officer David Anaya will testify as to his knowledge of the April 8, 2002, incident.

9. Correctional Nurse Lyman, or another medical person, will testify as to his knowledge of the April 8, 2002, incident and plaintiff's medical records.

10. Officer Gerald Flanagan will testify as to his knowledge of the April 8, 2002, incident.

11. Lieutenant Bernard Loubier, Sr. will testify as to his knowledge of the April 8, 2002, incident.

12. Correctional Nurse Ana Zuccalo will testify as to plaintiff's medical records and her observation of plaintiff's condition.

13. Lieutenant Wayne Dumas will testify as to his knowledge of the April 8, 2002, incident.

The address for all witnesses is: Department of Correction, 24 Wolcott Hill Road, Wethersfield, Connecticut 06109.

**Plaintiff's Witnesses:**

1. The plaintiff will testify as to his allegations of excessive force.

2. Angel Colon. Mr. Colon will testify as to his knowledge of the allegations in plaintiff's complaint.

The parties reserve the right to call rebuttal witnesses.

**B.   Defendants' Exhibits:**

1. Inmate Grievances filed by the plaintiff regarding the allegations of the complaint.

2. Administrative Directive 9.6

3. Grievance Logs for time alleged in the complaint.

4. Incident Reports prepared by Department of Correction concerning the April 8, 2002, incident.

5. Use of Force reports for the April 8, 2002, incident.

6. Use of Chemical Agent Report for the April 8, 2002, incident.

7. Plaintiff's Disciplinary Report for the April 8, 2002, incident.

8. Medical Incident Reports and medical records of the plaintiff.

9. Medical Incident Report of Officer Pensville.

10. Videotape of incident of April 8, 2002.

11. Plaintiff's criminal history.

12. Plaintiff's disciplinary history.

13.     Plaintiff's correctional file, including classification file.

14.     Department of Correction, RT-60 Movement Sheet, showing where plaintiff was incarcerated.

15.     Inmate Colon's criminal history.

16.     Inmate Colon's disciplinary history.

**Plaintiff's Exhibits:**

None.

**Deposition Testimony:**

None anticipated.

**Anticipated Evidentiary Problems:**

Defendants will offer reports of this incident as business records to which the plaintiff will offer objections.

```
                                PLAINTIFF
                                Jose Arzuaga


                        BY:_____/s/_____
                                Norman A. Pattis, Esq.
                                Federal Bar #ct13120
                                Attorney Kimberly Waisonovitz
                                Federal Bar #ct25729
                                649 Amity Road, P.O. Box 280
                                Bethany, CT 06524
                                E-Mail:  kwaisonovitz@sbcglobal.net
                                Tel: (203) 393-3017
                                Fax: (203) 393-9745
```

        DEFENDANTS
        Maurice Butler, et al.

        RICHARD BLUMENTHAL
        ATTORNEY GENERAL


BY:_____/s/_____
    Michael J. Lanoue
    Assistant Attorney General
    110 Sherman Street
    Hartford, CT  06105
    Federal Bar #ct05195
    E-Mail:  michael.lanoue@po.state.ct.us
    Tel: (860) 808-5450
    Fax: (860) 808-5591



BY:_____/s/_____
    Lynn D. Wittenbrink
    Assistant Attorney General
    110 Sherman Street
    Hartford, CT  06105
    Federal Bar #ct08575
    E-Mail:  lynn.wittenbrink@po.state.ct.us
    Tel: (860) 808-5450
    Fax: (860) 808-5591

# CERTIFICATION

I hereby certify that a copy of the foregoing was mailed to the following on this 9th day of November 2005:

Norman A. Pattis, Esq.
Attorney Kimberly Waisonovitz
649 Amity Road
P.O. Box 280
Bethany, CT 06524

```
             /s/
```
Michael J. Lanoue
Assistant Attorney General