UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

---------------------------------------------------------------X
JOSE ARZUAGA,                                   :

    Plaintiff,                                       :

        v.                                              :   No. 3:03cv0558 (WIG)

CAPTAIN MAURICE BUTLER, et al.,                 :

    Defendants.                                      :
---------------------------------------------------------------X

## TRIAL SCHEDULING ORDER

The Court hereby issues the following scheduling order:

1. The parties have previously submitted a Joint Trial Memorandum. Any amendments or modifications thereto should be filed with the Court no later than April 11, 2006.

2. Jury selection will be held before the Honorable William I. Garfinkel, U.S. Magistrate Judge, at the U.S. Courthouse, 915 Lafayette Blvd., Bridgeport, Connecticut on Tuesday, April 25, 2006, at 9:30 a.m. The jury selection courtroom is yet to be decided, thus counsel are directed to report to Chambers in Room 429 unless they are otherwise informed. A final pre-trial conference will be held at the conclusion of jury selection.

3. All motions in limine shall be filed on or before April 11, 2206.

4. A jury trial will begin before the Honorable William I. Garfinkel, U.S. Magistrate Judge, at the U.S. Courthouse, 915 Lafayette Blvd., Room 435, in Bridgeport, Connecticut commencing on Wednesday, April 26, 2006, beginning at 9:30 a.m. Two days have been reserved for this trial.

5. The deadlines established herein may not be modified by agreement of counsel.

These deadlines may be modified only by an order of the Court following a request for an enlargement of time made by written motion showing good cause.

So ordered this 20th day of January, 2006, at Bridgeport, Connecticut.

                                                                           /s/ William I. Garfinkel
                                                                           William I. Garfinkel
                                                                           U.S. Magistrate Judge