# UNITED STATES DISTRICT COURT

# DISTRICT OF CONNECTICUT

Warden Warden Jeffrey McGill
Northern Correctional Institution
P.O. box 665, Somers, CT 06071

<u>3:03cv558(WIG) Arguaga v Butler, etal</u>

To: Records Dept:

YOU ARE HEREBY COMMANDED to have the body of <u>Jose Arzuaga</u>, inmate #259136 now detained under your custody, produced before Honorable William I. Garfinkel, United States Magistrate Judge for the District of Connecticut, at 915 Lafayette Boulevard, Bridgeport, on , April 25, 2006 through April 28, 2006, at 8:30am, or from time to time thereafter as the case may be adjourned, and immediately thereafter the said Jose Arzuaga will be returned under safe and secure conduct.

WITNESS the Honorable William I. Garfinkel, United States Magistrate Judge at Bridgeport, Connecticut, this 7th of April 2006.

                                                        KEVIN F. ROWE, Clerk

                                                        By    /s/_____
                                                              Carol Sanders
                                                              Deputy Clerk