UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Call of the Calendar & Jury Selection

Honorable William I. Garfinkel, U.S. Magistrate Judge
915 Lafayette Boulevard
Bridgeport
Courtroom #2 on 4th Floor

April 25, 2006

9:30am

NOTICE TO COUNSEL

Proposed Voir Dire questions shall be submitted in compliance with the Pretrial Order.

Problems with the selection of juries or in the assignment of trial dates shall be discussed prior to the calendar date among all counsel. No continuances shall be granted except upon a timely request submitted in writing, after such consultation and upon good cause shown.

Any request by counsel for a continuance to the next jury selection date must include a representation that his/her client joins in the request.

Because settlement of cases assigned for jury selection or trial affects counsel and parties in other scheduled cases, timely notice must be given of settlements.

Attention of counsel in civil cases is called to the District Court Standing Order Regarding Trial Memoranda in Civil Cases and to this Court's Pre-trial Order.

William I. Garfinkel
United States Magistrate Judge

CASE NO. **3:05cv558(WIG)**    **Arzuaga v Butler,etal**

Michael J. Lanoue                           Norman A. Pattis
Attorney General's Office                   649 Amity Rd., PO Box 280
Public Safety & Special Revenue             Bethany, CT 06524
MacKenzie Hall, 110 Sherman St.
Hartford, CT 06105