UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JOSE ARZUAGA | : | CIVIL NO. 3:03CV558 (WIG) |
| V. | : | |
| MAURICE BUTLER, ET AL | : | APRIL 13, 2006 |

### PETITION FOR WRIT OF HABEAS CORPUS AD TESTIFICANDUM

The plaintiff, JOSE ARZUAGE, through the undersigned attorney, respectfully requests that a writ of habeas corpus ad testificandum be ordered so that ANGEL COLON, Inmate No. 277214, a necessary witness on his behalf. The plaintiff makes this request pursuant to 28 U. S. C. §2241(c)(5).

**In support of this petition, the plaintiff states the following facts:**

1. The said witness is presently a sentenced inmate in the custody of the Connecticut Commissioner of Correction, housed at Cheshire Correctional Institution, 900 Highland Street, Cheshire, CT.

2. The testimony of the witness is needed on **Wednesday, April 26, 2006, at United States District Court, District of Connecticut, 915 Lafayette Boulevard, Bridgeport, Connecticut.**

**WHEREFORE,** for the foregoing reasons, the plaintiff respectfully requests that a writ of habeas corpus ad testificandum issue to produce the said witness before this court.

BY: _____
NORMAN A. PATTIS
Law Offices of Norman A. Pattis, LLC
649 Amity Road, P.O. Box 280
Bethany, CT 06524-0280
Telephone:  203-393-3017
Facsimile:   203-393-9745
Federal Bar No. ct13120

**THE PRESIDENT OF THE UNITED STATES OF AMERICA TO:**

Warden Daniel W. Martin, Cheshire Correctional Institution, 900 Highland Road, Cheshire, CT 06410, OR HIS AUTHORIZED REPRESENTATIVE, GREETINGS:

You are hereby commanded to bring the body of said prisoner, ANGEL COLON, under safe and secure conduct, before the United States District Court, 915 Lafayette Boulevard, Bridgeport, Connecticut, to be held at said city on **Wednesday, April 26, 2006,** and from time to time thereafter as the case may be adjourned to, at which time to testify and be present at the case of JOSE ARZUEGA vs. MAURICE BUTLER, ET AL, and immediately after he shall have testified, to return him under safe and secure conduct. And have you then and there this writ.

BY THE COURT

_____,J.

## CERTIFICATION

This is to certify that a copy of the foregoing was mailed, postage prepaid, this 13th day of April 2006 to:

Lynn Wittenbrink, Esq.
Attorney General's Office
110 Sherman Street
Hartford, CT 06105

Michael Lanoue, Esq.
Attorney General's Office
Mackenzie Hall
Hartford, CT 06105

NORMAN. A. PATTIS