## UNITED STATES DISTRICT COURT

## DISTRICT OF CONNECTICUT

Warden Daniel W. Martin
Cheshire Correctional Institution
900 Highland Rd, Cheshire, Ct 06410

YOU ARE HEREBY COMMANDED to have the body of <u>Angel Colon, Inmate No. 277214</u>, now detained under your custody, produced before Honorable William I. Garfinkel, United States Magistrate Judge for the District of Connecticut, at 915 Lafayette Boulevard, Bridgeport, on Wednesday, April 26, 2006, at 8:30am, and from time to time thereafter as the case may be adjourned to, at which time to testify and be present at the case of Jose Arzuega vs. Maurice Butler, et al, and immediately after he shall have testified the said Angel Colon, Inmate No. 277214 will be returned under safe and secure conduct.

WITNESS the Honorable William I. Garfinkel, United States Magistrate Judge at Bridgeport, Connecticut, this 19th of April 2006.

KEVIN F. ROWE, Clerk

By _____
Carol Sanders
Deputy Clerk

DC 10 - Habeas Corpus