UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JOSE ARZUAGA | : | CIVIL NO. 3:03CV558 (WIG) |
| | : | |
| VS. | : | |
| | : | |
| MAURICE BUTLER, ET AL. | : | APRIL 20, 2006 |

## DEFENDANTS' EXHIBIT LIST

501.  Inmate Grievances filed by the plaintiff regarding the allegations of the complaint.

502.  Administrative Directive 9.6.

503.  Grievance Logs for time alleged in the complaint.

504.  Incident Report Package regarding April 8, 2002 incident w/ attachments

505.  Plaintiff's Judgment Mittimuses

506.  Videotape of incident of April 8, 2002-Arzuaga escort

507.  Videotape of incident of April 8, 2002-Colon escort

508.  Portions of Plaintiff's Health Record

512.  Plaintiff's disciplinary history.

513.  Portions of Plaintiff's correctional file

514.  Plaintiff's RT 60 Movement Sheet

515.  Colon's Judgment Mittimus

516.  Inmate Colon's disciplinary history.

517.  Portions of Colon's correctional file

518.  Colon's RT 60 Movement Sheet

The defendants reserve the right to present additional Exhibits as rebuttal.

DEFENDANTS
Maurice Butler, et al

RICHARD BLUMENTHAL
ATTORNEY GENERAL

BY:     /s/
        Lynn D. Wittenbrink
        Assistant Attorney General
        110 Sherman Street
        Hartford, CT  06105
        Federal Bar #ct08575
        lynn.wittenbrink@po.state.ct.us
        Tel: (860) 808-5450
        Fax: (860) 808-5591

## CERTIFICATION

      I hereby certify that a copy of the foregoing was mailed first class postage prepaid and/or hand-delivered to the following on this 20th day of April 2006:

Norman A. Pattis, Esq.
Attorney Kimberly Waisonovitz
649 Amity Road
P.O. Box 280
Bethany, CT 06524

                                      __/s/_____
                                      Lynn D. Wittenbrink
                                      Assistant Attorney General