UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JOSE ARZUAGA, | : | |
| Plaintiff, | : | |
| vs. | : | No. 3:03CV0558(WIG) |
| MAURICE BUTLER, | : | |
| BRIAN COUTURE, | | |
| ERIC PENSAVALLE, | : | |
| JASON MELBOURNE, | | |
| PETER CASTONGUAY, | : | |
| DENNIS OGLESBY, and | | |
| DINO CICCHETTI, | : | |
| Defendants. | : | May 1, 2006 |

## VERDICT FORM

### I. LIABILITY

#### A. SECTION 1983 - CONSTITUTIONAL CLAIM - EXCESSIVE FORCE

1. Has the plaintiff, Jose Arzuaga, proven by a preponderance of the evidence that on April 8, 2002, any of the following defendants sadistically and maliciously used excessive force against him for the very purpose of causing him harm?

   | | | |
   |---|---|---|
   | Brian Couture | Yes _____ | No ✓ |
   | Eric Pensavalle | Yes _____ | No ✓ |
   | Jason Melbourne | Yes _____ | No ✓ |
   | Peter Castonguay | Yes _____ | No ✓ |

Please answer Question 2.

1

2. If you found that Mr. Arzuaga's constitutional right to be free from excessive force was violated by any defendant, has the plaintiff, Jose Arzuaga, proven by a preponderance of the evidence that any of the defendants were deliberately indifferent to the violation of his constitutional right by failing to intervene to prevent the use of excessive force against him?

| | | |
|---|---|---|
| Brian Couture | Yes ____ | No ✓ |
| Eric Pensavalle | Yes ____ | No ✓ |
| Jason Melbourne | Yes ____ | No ✓ |
| Peter Castonguay | Yes ____ | No ✓ |
| Dino Cicchetti | Yes ____ | No ✓ |
| Dennis Oglesby | Yes ____ | No ✓ |

If you answered "YES" as to any defendant in response to Question 1 or 2, please answer Question 3. If you answered "NO" as to ALL defendants in response to Questions 1 and 2, skip Questions 3 and 4, and proceed to Question 5.

3. Has the plaintiff, Jose Arzuaga, proven by a preponderance of the evidence that defendant Lieutenant Dennis Oglesby (1) directly participated in the violation of his constitutional rights; or (2) exhibited deliberate indifference to the plaintiff's rights by failing to act on information indicating that unconstitutional acts were occurring; or (3) was grossly negligent in supervising subordinates who caused the violation?

        Dennis Oglesby    Yes ____    No ____

If you answered "YES" as to ANY defendant in response to Question 1 or 2 or 3, you have found that defendant violated plaintiff's constitutional rights, you should then answer Question 4. If you answered "NO" as to ALL defendants in response to Questions 1 and 2 and 3, skip Question 4, and proceed to Question 5.

4. Has the plaintiff, Jose Arzuaga, proven by a preponderance of the evidence that he suffered injuries that were proximately caused by any defendant's violation of his constitutional rights?

        Yes _____        No _____

Please answer Question 5.

### B. STATE-LAW CLAIM – ASSAULT & BATTERY

5. Has the plaintiff, Jose Arzuaga, proven by a preponderance of the evidence that any of the individual defendants assaulted and battered him by wantonly, recklessly and/or maliciously using unauthorized force against him?

| Defendant | Yes | No |
|---|---|---|
| Brian Couture | | ✓ |
| Eric Pensavalle | | ✓ |
| Jason Melbourne | | ✓ |
| Peter Castonguay | | ✓ |

If you answered "YES" as to ANY defendant in response to Question 1 or 2 or 3 or 5, you may consider the question of damages. If you answered "NO" as to ALL defendants in response to Questions 1, 2, 3, and 5, your deliberations are complete. The Foreperson should sign and date the Verdict Form.

3

## II. DAMAGES

### A. COMPENSATORY DAMAGES

6. If you found any of the defendants liable for a violation of plaintiff's constitutional rights (by answering "YES" as to any defendant in Question 1,2, or 3) and that plaintiff sustained injuries as a proximate cause of such violation (by answering "YES" to Question 4), or if you found any of the defendants liable to the plaintiff for an assault and battery (by answering "YES" as to any defendant in Question 5), what amount of compensatory damages, if any, do you award plaintiff, Jose Arzuaga, to reasonably compensate him for his injuries proximately caused by the defendants' unlawful conduct?

$ _____

### B. NOMINAL DAMAGES - CONSTITUTIONAL CLAIM

7. If you found that one or more of the defendants violated the plaintiff's constitutional rights (by answering "YES" as to any defendant in response to Question 1, 2 or 3), but you found that plaintiff has failed to prove any injuries proximately caused by their unconstitutional conduct (by answering "NO" to Question 4), then you must award nominal damages not to exceed ten dollars ($10.00).

$ _____

If you awarded either compensatory or nominal damages to the plaintiff, answer the questions on punitive damages. If you did not award either compensatory or nominal damages, you have finished your deliberations. The Foreperson should sign and date the Verdict Form.

4

## C. PUNITIVE DAMAGES - CONSTITUTIONAL CLAIM

8. Do you find the plaintiff Jose Arzuaga has proven by a preponderance of the evidence that punitive damages should be assessed against any of the individual defendants for violating his constitutional right to be free from the use of excessive force?

| | | |
|---|---|---|
| Brian Couture | Yes _____ | No _____ |
| Eric Pensavalle | Yes _____ | No _____ |
| Jason Melbourne | Yes _____ | No _____ |
| Peter Castonguay | Yes _____ | No _____ |
| Dennis Oglesby | Yes _____ | No _____ |
| Dino Cicchetti | Yes _____ | No _____ |

9. If you found the plaintiff Jose Arzuaga has proven by a preponderance of the evidence that punitive damages should be assessed against one or more of the individual defendants for a violation of the plaintiff's constitutional rights, enter the amount of punitive damages, if any, you award Mr. Arzuaga against the individual defendant(s).

| | |
|---|---|
| Brian Couture | $ _____ |
| Eric Pensavalle | $ _____ |
| Jason Melbourne | $ _____ |
| Peter Castonguay | $ _____ |
| Dennis Oglesby | $ _____ |
| Dino Cicchetti | $ _____ |

## D. PUNITIVE DAMAGES - STATE LAW CLAIM - ASSAULT AND BATTERY

10. Do you find the plaintiff Jose Arzuaga has proven by a preponderance of the evidence that punitive damages should be assessed against any of the individual defendants on plaintiff's state-law claim of assault and battery? (If you answer "YES" as to any defendant, the Court will determine the amount of punitive damages to be awarded in a separate proceeding.)

| | | |
|---|---|---|
| Brian Couture | Yes _____ | No _____ |
| Eric Pensavalle | Yes _____ | No _____ |
| Jason Melbourne | Yes _____ | No _____ |
| Peter Castonguay | Yes _____ | No _____ |

You have completed your deliberations. The Foreperson should sign and date the Verdict Form.

5/2/06
Date

_____
Foreperson

6