# United States District Court

DISTRICT OF _____

Jose Arzuaga
v.
Maurice Butler, et al

EXHIBIT AND WITNESS LIST

CASE NUMBER: 3:03 CV 558 (WIG)

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Wm. Garfinkel | Kim Waisonovitz | Lynn Wettenbrink - M. Lanoue |
| TRIAL DATE(S) | COURT REPORTER | COURTROOM DEPUTY |
| 4-25, 26, 27, 28-06 + 5-1 | S. Baldwin, J. Fazekas | C. Sanders |

| PLF NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| ✓ | | 4-25-06 | | | Jose Arzuaga |
| ✓ | | " | | | Maurice Butler, Wethersfield, CT |
| | ✓ | " | | | Warden Michael Lajoie, Montville, CT |
| | ✓ | 4-26-06 | | | Alfonso Lindsey, Somers, CT |
| | ✓ | " | | | Maurice Butler, Wethersfield, CT |
| ✓ | | " | | | Angel Colon |
| | ✓ | 4-26, 27-06 | | | Lt Cicchetti, Amville, CT |
| ✓ | | " | | | Aaron Brown, Wethersfield, CT |
| | ✓ | 4-27-06 | | | Brian Murphy, Wethersfield, CT |
| ✓ | | " | | | Bernard Loubier, Somers, CT |
| ✓ | | " | | | Kimberly Weir, Somers, CT |
| ✓ | | 4-27, 28-06 | | | Dennis Oglesby, Somers CT |
| ✓ | | 4-28-06 | | | Brian Couture, Somers, CT |
| ✓ | | " | | | Jason Melbourne, Somers, CT |
| ✓ | | " | | | Eric Pensavalle, Somers, CT |
| ✓ | | " | | | Peter Castanguay, Somers, CT |
| ✓ | | 4-28-06 - 5-1-06 | | | Ana Zuccalo, Somers, CT |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size

Page 1 of _____ Pages