# United States District Court

DISTRICT OF _____

Jose Arzuaga
 v.
Maurici Butler, et al

Pltf. EXHIBIT AND WITNESS LIST

CASE NUMBER: 3:03 CV 558 (WIG)

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Wm. Garfinkel | K. Wausonovitz | Lynn D. Wittenbrink · M. Lanoue |
| TRIAL DATE(S) | COURT REPORTER | COURTROOM DEPUTY |
| 4-26, 27, 28-06, 5-1-06 | J. Fozekas | C. Sanders |

| PLF NO. | DEF NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 1 | | 4-26-06 | 4/26 | 4/26 | Incident Report by Capt. Butler  M.B. |
| 2 | | " | 4/26 | 4/26 | Use of Force Report  M.B. |
| 3 | | " | 4/26 | 4/26 | Incident Report by Aaron Brown  A.B. |
| 4 | | " | 4/26 | 4/26 | Use of Force Report  A.B. |
| 5 | | 4-28-05 | 4/28 | 4/28 | Incident Report by Brian Couture  B.C. |
| 6 | | " | 4/28 | 4/28 | Incident Report by Jason Melbourne  J.M. |
| 7 | | " | 4/28 | 4/28 | Incident Report by Eric Pensavalle  E.P. |

All exhibits returned to Counsel

* Include a notation as to the location of any exhibit not held with the case file or not available because of size

Page 1 of ___ Pages