*Both Counsel Stipulate to Admitting exhibits 506 + 507 as a full exhibit*

# United States District Court

DISTRICT OF _____

Jose Arzuaga
v.
Maurice Butler, et al

Def. EXHIBIT ~~AND WITNESS~~ LIST

5-2-2006
Kenneth F. Rowe, Clerk
Deputy Clerk

CASE NUMBER:

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Wm. Garfinkel | K. Waisonovitz | Lynn D. Wittenbrink + Michael Lapuce |
| TRIAL DATE(S) | COURT REPORTER | COURTROOM DEPUTY |
| 4-25, 26, 27, 28-06 + 5-1-06 | S. Baldwin, J. Fazekas | C. Sanders |

| PLF NO | DEF NO | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| | 504 | 4-25-06 | 4/25 | 4/25 | Incident Report Pkg. regarding 4-28-02 incident  M.L. |
| | 504A | 4-26-06 | 4/26 | 4/26 | 3 Photos of Jose Arzuaga |
| | 504B | 4-26-06 | 4/26 | 4/26 | 3 Photos of Angel Colon |
| | 504C | 4-28-06 | 4/28 | 4/28 | Medical incident report by Michael Lyman  A.Z. |
| | 504D | 5-1-06 | 5/1 | 5/1 | Medical incident report by Michael Lyman  A.Z. |
| | 504E | 5-1-06 | 5/1 | 5/1 | Medical incident report by Ana Zuccalo  A.Z. |
| | 506 | 4-25-06 | 4/25 | 4/25 | Videotape of incident of April 8-2002 - Arzuaga escort |
| | 507 | 4-25-06 | 4/25 | 4/25 | Videotape of incident of April 8, 2002 - Angel Colon escort |
| | 508 | 4-28-06 | 4/28 | 4/28 | Incident report by Peter Castonguay  P.C. |
| | 509 | 5-1-06 | 5/1 | 5/1 | Incident report by Dennis Oglesby  (Stipulated by Counsel) |

*All exhibits returned to Counsel* [signatures]

* Include a notation as to the location of any exhibit not held with the case file or not available because of size

Page 1 of ___ Pages