# United States District Court

DISTRICT OF _____

Jose Arzuaga
v.
Maurice Butler, et al

EXHIBIT AND WITNESS LIST

CASE NUMBER: 3:03 CV 558 (WIG)

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Wm. Garfenkel | Kris Waisonwitz | Michael Lanoue |
| TRIAL DATE(S) | COURT REPORTER | COURTROOM DEPUTY |
| 5-1- | M. Cornette | C. Sanders |

| PLF NO. | DEF NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| 1 | | | 5/1 | 5/1 | Note from Jury |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size

Page 1 of ___ Pages