UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT


JOSE ARZUAGA


    v.                                      3:03CV558(WIG)

CAPTAIN MAURICE BUTLER,
BRIAN COUTURE, ERIC PENSVALLE,
JASON MELBOURNE, P. CASTONGUAR,
DENNIS OGLESBY, C.O. CICCHETI


## JUDGMENT


This matter came on before Honorable William I. Garfinkel, United States Magistrate Judge after a Consent to Proceed Before a United States Magistrate was filed on February 15, 2005.

On May 1, 2006, the Court granted defendant's motion for judgment as a matter of law as to Maurice Butler and on May 2, 2006, after deliberation, the jury returned a verdict in favor of the remaining defendants and against the plaintiff.

Therefore, it is **ORDERED** and **ADJUGED** that judgment is entered for the defendants Maurice Butler, Brian Couture, Eric Pensvalle (Pensavalle), Jason Melbourne, P. Castonguar (Peter Castonguay, Dennis Oglesby and C.O. Ciccheti (Dino Cicchetti) and the case is closed.

Dated at Bridgeport, Connecticut, this 8th day of May, 2006.



                                KEVIN F. ROWE, Clerk

                                By_____
                                        Deputy Clerk


Entered on Docket _____